UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          Case No. 6:13-bk-12427-ABB

CRAIG STAGGS                                        Chapter 13

    Debtor.
_____/

**NOTICE OF WITHDRAWAL OF CLAIM #8 OF**
**KATHLEEN KOTTENBROCK-STAGGS**

COMES NOW, KATHLEEN KOTTENBROCK-STAGGS (n/k/a KATHLEEN KOTTENBROCK, by and through her undersigned attorney, and hereby withdraws Claim No. 8, filed with this Court on or about January 13, 2014.

Dated this 13th day of January, 2014.

                                              /s/ *Andrew V. Layden*
                                              Andrew V. Layden
                                              Florida Bar No. 0086070
                                              BAKER & HOSTETLER LLP
                                              200 S. Orange Avenue
                                              SunTrust Center, Suite 2300
                                              Orlando, FL 32801
                                              Telephone: (407) 649-4000
                                              Telecopier: (407) 841-0168
                                              Email:  alayden@bakerlaw.com
                                              ***Attorney for Creditor, Kathleen Kottenbrock***

2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:13-bk-12427-ABB

CRAIG STAGGS  Chapter 13

    Debtor.
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the *Notice of Withdrawal of Claim #8 of Kathleen Kottenbrock-Staggs* has been furnished via electronic transmission using the Court's CM/ECF System to all parties requesting such notice, and/or via U.S. First Class mail, postage prepaid to: Craig Staggs, 58 Tamoka Ridge Way, Ormond Beach, FL 32174; Patrick J. Thompson, Law Offices of Patrick J. Thompson, 112 Orange Avenue, Daytona Beach, FL 32114; Laurie K Weatherford**,** Post Office Box 3450, Winter Park, FL 32790; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, on this 13th day of January, 2014.

                                                                       /s/ *Andrew V. Layden*
                                                                        Andrew V. Layden